FLOYD ZADKOVICH

**Honorable Jennifer L. Rochon, USDJ**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Joseph Johnson**
Partner
joe.johnson@floydzad.com
+1 917 375 9511

November 8, 2026
Case No. US187

**Re: Dampskibsselskabet Norden A/S v. Polaris Bank Limited, (26-cv-5207 – JLR)**

Dear Judge Rochon:

We represent Plaintiff Dampskibsselskabet Norden A/S. As the Court will recall, this case involves a FRCP Supplemental Rule B order and writ of maritime attachment and garnishment in the amount of $6,000,903.25. Among other things, that sum has been attached and is presently being restrained by Garnishee Standard Chartered Bank.

Plaintiff now moves by letter-motion for the immediate stay of the enforcement of the Court's order filed November 5, 2026 (Dkt. 29). That order provides for release of the retained monies to Defendant and immediate payment therefrom to Plaintiff. However, counsel for Standard Chartered Bank has informed the parties that the current payment structure set forth in the 11-5-26 Order does not guarantee payment to Plaintiff, which was the intended result. The parties, including Standard Chartered Bank, must confer in order to construct a payment mechanism that adequately ensures payment to Plaintiff. That conference will include whether the originally contemplated payment mechanism can be employed, namely a direct payment from the attached funds to Plaintiff. Plaintiff may also request a conference to discuss the matters set forth herein in an effort to expedite prompt resolution.

Defendant's counsel has confirmed to me that Defendant will stand by and take no further action until these issues are sorted out. I also have confirmation from counsel for Standard Chartered Bank that the funds remain attached and will remain attached until further steps are taken. I thank the Court for its consideration of the foregoing.

Respectfully submitted,

/s/ Joseph Johnson
Joseph Johnson

CC: All Parties (via ECF)

The Court grants the motion to stay enforcement of the Court's order so that the parties may confer to construct a payment mechanism that ensures payment to Plaintiff. The parties shall submit a proposed order by November 23, 2026, addressing the disbursement of the attached funds. This Order terminates the motion at Dkt. 30.

**SO ORDERED.**

Date: November 9, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**FLOYD ZADKOVICH (US) LLP**
33 East 33rd St. (9th Floor, Suite 905), New York, NY 10016 USA

Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York, advising only on laws of the United States of America. Floyd Zadkovich (US) LLP is a member firm of Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms. The Swiss Verein does not provide any legal services.